IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| MARY ANN WILLIAMS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | No. 5:22-CV-242 (CAR) |
| COMMISSIONER TIMOTHY C. WARD, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER ON CONSENT MOTION FOR EXTENSION OF TIME

Before the Court is Defendants' Consent Motion for Extension of Time [Doc. 23]. Defendants seek a two-week extension through May 11, 2023, to answer or otherwise file a responsive pleading to Plaintiff Mary Ann Williams' Amended Complaint.

Defendants' Consent Motion is **GRANTED**. Defendants shall have up to and including May 11, 2023, to file their answer or responsive pleading. Because Plaintiff's Amended Complaint supersedes her original Complaint,[1] Defendants' Motion to Dismiss [Doc. 17] and Motion to Stay Discovery [Doc. 18] are **MOOT**.

**SO ORDERED,** this 28th day of April, 2023.

s/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] *See Lowery v. Ala. Power Co.*, 483 F.3d 1184, 1219-20 (11th Cir. 2007) (unless an amendment specifically refers to or adopts the earlier pleading, an amended complaint supersedes and replaces the original complaint).