# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **MARY ANN WILLIAMS,** : | |
| : | |
| **Plaintiff,** : | |
| : | **CIVIL ACTION** |
| v. : | **NO. 5:22-CV-242 (CAR)** |
| : | |
| **COMMISSIONER TIMOTHY C.** : | |
| **WARD,** *et al.*, : | |
| : | |
| **Defendant.** : | |
| : | |

## ORDER LIFTING STAY OF DISCOVERY FOR LIMITED PURPOSE

On August 28, 2023, the Court granted Defendants' Motion to Stay Discovery [Doc. 27] pending the resolution of their Motion to Dismiss. On December 7, 2023, the Court held a telephone conference to discuss lifting the stay of the discovery for the limited purpose of allowing Plaintiff to identify John Doe defendants. After reviewing Plaintiff's proposed interrogatories and requests for the production of documents and Defendant's response in opposition to the proposals [Doc. 34], the Court will allow Plaintiff to propound the following interrogatories and requests for production of documents from his proposals:

Interrogatories 1, 2, 3, 4, 5, 6, 7, 8, 10, 12, 13, 14, 15, and 16.

Requests for Production of Documents 2, 4, 5, 6, 7, 8, 9, 10, 13, 14, 15, 16, 17.

1

Therefore, the Court **LIFTS** the stay of discovery for the limited purpose of allowing Defendant to respond to the listed discovery. Defendant has 45 days, until March 4, 2024, to respond to the discovery requests. Plaintiff then has 30 days, until April 3, 2024, to review the responses. The Court will hold a discovery status conference on April 10, 2024.

**SO ORDERED,** this 19th day of January, 2024.

s/ C. Ashley Royal_____
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT