IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MARY ANN WILLIAMS, | : |
| | : |
| **Plaintiff,** | : |
| | : **CIVIL ACTION** |
| v. | : **NO. 5:22-CV-242 (CAR)** |
| | : |
| COMMISSIONER TIMOTHY C. WARD, *et al.*, | : |
| | : |
| **Defendant.** | : |
| | : |

## ORDER REINSTATING MOTION TO DISMISS

On January 19, 2024, the Court lifted the stay of discovery to allow Plaintiff to identify the John Doe defendants through certain interrogatories and requests for production of documents as listed in the Court's Order [Doc. 35]. The Court ordered Plaintiff to file an Amended Complaint by May 1, 2024. The Court extended the deadline to complete discovery and file the Amended Complaint until May 11, 2024 [Doc. 42]. That deadline passed without a filing, so on May 14, 2024, the Court emailed Plaintiff asking if she intended to file her Amended Complaint.[1] Plaintiff then moved for an extension of time to file, and the Court extended the deadline until June 14, 2024 [Doc. 44]. As of the date of this Order, Plaintiff has failed to file her Amended Complaint.

---

[1] Email Exchange Between Courtroom Deputy and Parties' Counsel [Ex. 1].

Accordingly, the Court **DIRECTS** the Clerk of Court to **REINSTATE** Defendants' Motion to Dismiss [Doc. 26] because Plaintiff has failed to comply with the Court's Order.

**SO ORDERED,** this 3rd day of July, 2024.

                                            S/ C. Ashley Royal_____
                                            C. ASHLEY ROYAL, SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT