# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **MARY ANN WILLIAMS,** : | |
| : | |
| **Plaintiff,** : | |
| : | **CIVIL ACTION** |
| v. : | **NO. 5:22-CV-242 (CAR)** |
| : | |
| **COMMISSIONER TIMOTHY C.** : | |
| **WARD,** *et al.*, : | |
| : | |
| **Defendant.** : | |
| : | |

## ORDER

After multiple extensions, this Court ordered Plaintiff Mary Ann Williams to file her Amended Complaint by June 14, 2024. Plaintiff failed to timely file her Amended Complaint, and on July 3, 2024, the Court reinstated Defendants' Motion to Dismiss Plaintiff's original Complaint. Two days later, Plaintiff filed her Amended Complaint out of time. The Court **CONSTRUES** Plaintiff's Amended Complaint [Doc. 46] as a Motion to File her Amended Complaint Out of Time and **GRANTS** the Motion. Thus, Defendants' Motion to Dismiss [Doc. 26] is **DISMISSED** as **MOOT.**

**SO ORDERED,** this 8th day of July, 2024.

S/ C. Ashley Royal_____
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT

1