IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| MARY ANN WILLIAMS, | * | |
| Plaintiff, | * | |
| v. | | Case No. 5:22-cv-00242-CAR |
| COMMISSIONER TIMOTHY C WARD et al., | * | |
| Defendants. | * | |

**J U D G M E N T**

Pursuant to this Court's Order dated September 30, 2026, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants. Plaintiff shall recover nothing of Defendants. Defendants shall also recover costs of this action.

This 30th day of September, 2026.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk